FILED

08/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0660

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0660

_____

TAI TAM, LLC,

     Plantiff and Appellant,

v.

MISSOULA COUNTY, acting by and through
its BOARD OF COUNTY COMMISSIONERS,

     Defendant and Appellee.

 O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John W. Larson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 3 2022